THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

May 6, 2018

*Via* ECF

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> May 7, 2018

Re:   *United States v. Hunter, et al.,* 13 Cr. 521 (RA)

Dear Judge Abrams:

As you know, we represent Joseph Hunter in the above-referenced matter. We write to respectfully request an extension of the deadline for the submission of the defendants' post-trial motions, which are currently due on May 9, 2018. We respectfully request that the Court extend the deadline for all defendants to submit post-trial motions until June 6, 2018. We thank the Court for its consideration.

Respectfully submitted,

/s/

César de Castro
Valerie A. Gotlib

cc:   all counsel of record (*via* ECF)

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/18
```

**MEMO ENDORSED**