USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CARL DAVID STILLWELL,

Defendant.

No. 13-CR-521 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has received a claim from Andrea Stillwell on some of the property listed on the Preliminary Order of Forfeiture entered on March 12, 2019. In September, the Court directed the Government to respond to Ms. Stillwell's claim. The Government did so on November 22, filing a motion to dismiss. Dkt. 735. On November 20, Ms. Stillwell wrote the Court requesting an adjournment of this forfeiture issue until Defendant Carl David Stillwell's appeal is resolved. The Second Circuit heard oral argument on October 30.

Accordingly, the Court will grant Ms. Stillwell's request for an adjournment pending the Second Circuit's decision in Defendant's appeal. No later than two weeks after the Second Circuit's resolution of that appeal, Ms. Stillwell shall file a response to the Government's motion to dismiss.

SO ORDERED.

Dated: November 26, 2019
New York, New York

Ronnie Abrams
United States District Judge