USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CARL DAVID STILLWELL,

            Defendant.

No. 13-CR-521 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court has received a letter from Mr. Stillwell's spouse concerning Mr. Stillwell's medical condition. The letter requests Mr. Stillwell's medical records from USP Terre Haute. The letter will be provided to the Government and to Mr. Stillwell's counsel. The Government is directed to respond no later than June 11, 2021, and, among other things, shall advise the Court whether the Bureau of Prisons is authorized and willing to provide the medical records to Mrs. Stillwell.

SO ORDERED.

Dated:    June 3, 2021
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge