USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CARL DAVID STILLWELL,

Defendant.

No. 13-CR-521 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 3, 2021, the Court noted its receipt of a letter from Andrea Stillwell concerning her husband's medical condition. The Government has submitted the attached response, which it has partially redacted because it discusses Mr. Stillwell's personal medication information. The Clerk of Court is respectfully directed to mail a copy of this order and the attached letter to Andrea Stillwell at 5507 Reepsville Road, Vale, NC 28168.

SO ORDERED.

Dated:   June 14, 2021
         New York, New York

Ronnie Abrams
United States District Judge



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2021

By Email
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    **United States v. Carl David Stillwell**, 13 Cr. 521 (RA)

Dear Judge Abrams:

    The Government respectfully submits this letter in response to the Court's June 3, 2021 Order, which directed the Government to (i) respond to a letter filed by Andrea Stillwell regarding Carl David Stillwell's health issues; and (ii) advise the Court whether the Bureau of Prisons is authorized and willing to provide Mr. Stillwell's medical records to Ms. Stillwell.[1]

    With respect to the latter question, the Bureau of Prisons advises that Ms. Stillwell can obtain the medical records by submitting a request under the Freedom of Information Act, along with a medical release from Mr. Stillwell.[2]  Additional information is located at: https://www.bop.gov/foia/

    Next, Ms. Stillwell raises concerns regarding certain medical conditions she has learned of "from my communications with Carl." (Stillwell Ltr. at 1). By way of background, Ms. Stillwell last raised concerns related to Mr. Stillwell's medical care in 2019, which the Government addressed through periodic update letters, filed under seal. The Government has obtained Mr. Stillwell's medical records from the BOP, and reviewed those records from the time of the Government's last response to Ms. Stillwell's concerns in 2019 through the present. A review of those records, which the Government has provided to Mr. Stillwell's counsel, and will provide to

---

[1] Given the discussion of Mr. Stillwell's personal medical information, the Government respectfully submits that this letter be filed under seal. The Government has enclosed a proposed redacted version of this letter, which the Government intends to file publicly and send to Ms. Stillwell with the Court's approval.

[2] Given this policy, the Government believes that it would be appropriate for the BOP to provide the medical records to Ms. Stillwell upon her provision of a medical release from Mr. Stillwell, rather than the Government or Mr. Stillwell's counsel circumventing that established procedure by providing the records directly to Ms. Stillwell, without a medical release.

Hon. Ronnie Abrams Page 2
June 11, 2021

the Court upon request, shows that Mr. Stillwell continues to receive regular and appropriate medical care.

      Specifically, Mr. Stillwell is receiving regular care and medical management and treatment for 

███████████████████████████████████████████████████████████ The Government stands ready to confer with USP Terre Haute should the Court have any additional questions.

                                          Respectfully submitted,

                                          AUDREY STRAUSS
                                          United States Attorney

                         By:              /s/
                                          Emil J. Bove III
                                          Rebekah Donaleski
                                          Assistant United States Attorneys
                                          (212) 637-2444/2423

Cc:    Robert W. Ray, Esq.
        (Via ECF and Email)

        Andrea Stillwell
        (Redacted, Public Version, by Mail)