Criminal Notice of Appeal - Form A

 NOTICE OF APPEAL 

United States District Court

Southern District of New York

Caption:

United States

v.

Carl David Stillwell, et al.

Docket No.: 13 Cr. 521 (RA)
Hon. Ronnie Abrams
(District Court Judge)

Notice is hereby given that Carl David Stillwell appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ✔ Order denying new trial; 12/14/2021
(specify)
entered in this action on 10/12/2018; 12/14/2021
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence ✔ Other |___|
Defendant found guilty by plea |___| trial ✔ N/A |___|
Offense occurred after November 1, 1987? Yes ✔ No |___| N/A |___|
Date of sentence: 10/12/2018   N/A |___|
Bail/Jail Disposition: Committed ✔   Not committed |___|   N/A |___|

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2021

Appellant is represented by counsel? Yes ✔ No |___| If yes, provide the following information:

Defendant's Counsel: Robert W. Ray, Esq. (CJA; IFP)
Counsel's Address: Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Fl., NY, NY 10036
Counsel's Phone: (212) 826-5321

Assistant U.S. Attorney: Emil Bove
AUSA's Address: One St. Andrew's Plaza
New York, NY 10007
AUSA's Phone: (212) 637-2443

Signature