```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CARL DAVID STILLWELL,

              Defendant.

13-CR-0521 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 26, 2019, the Court the granted Ms. Andrea Stillwell's request for an adjournment of the proceedings related to the property listed on the Preliminary Order of Forfeiture. The Court's November 26 order directed Ms. Stillwell to file a response to the Government's motion to dismiss no later than two weeks after the Second Circuit's resolution of the appeal. The Court received a letter, dated April 23, 2022, from Ms. Stillwell requesting an additional two-week extension of her time to file a response. That application is granted, and Ms. Stillwell shall file a response by May 13, 2022. If the Government wishes to file a reply, it shall do so by May 20, 2022.

SO ORDERED.

Dated:    May 5, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge