

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2022

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
New York, New York 10007

  **Re:**   **United States v. Joseph Hunter, *et al.*, 13 Cr. 521 (RA)**

Dear Judge Abrams:

  The parties jointly write to provide a second update to the Court regarding a resentencing date.

  With respect to Mr. Stillwell, the parties request that the Probation Department be directed to prepare a revised Presentence Investigation Report that includes an updated Guidelines analysis, new medical information for Mr. Stillwell since his sentencing, and an updated recommended sentence. The parties propose a sentencing date for sometime in October, with the defense submission due two weeks prior to sentencing, and the Government's submission due one week prior to sentencing.

  With respect to Mr. Hunter, counsel have not yet had an opportunity to confer with him because he is in transit to New York. With respect to Mr. Samia, counsel have not yet had an opportunity to confer with him to determine whether he wishes to continue to be represented by them. Accordingly, the parties propose that they submit an update with respect to Mr. Samia and Mr. Hunter within three weeks, by July 21, 2022.

       Respectfully submitted,

       DAMIAN WILLIAMS
       United States Attorney

    By:        /s/     
       Rebekah Donaleski
       Nicolas Bradley
       Assistant United States Attorney
       (212) 637-2423

Cc:   Defense Counsel
    (Via ECF)

Application granted. The parties shall submit an update by July 21, 2022, with respect to Mr. Samia and Mr. Hunter. The Court will direct the Probation Department to update the Presentence Investigation Report for Mr. Stillwell. The sentence will be held on October 21, 2022 at 2:00 p.m. Mr. Stillwell shall file his submission by October 7, 2022 and the Government shall file its submission by October 14, 2022.

SO ORDERED.

Ronnie Abrams, U.S.D.J. 6/30/2022