# ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

ROBERT W. RAY
(212) 826-5321
rray@zeklaw.com

WWW.ZEKLAW.COM

October 12, 2022

**BY ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   **United States v. Carl David Stillwell,
(S10) 13 Cr. 521 (RA)**

Dear Judge Abrams:

      Please accept this supplemental sentencing letter on behalf of defendant Carl David Stillwell with materials received by defense counsel after the submission of our sentencing letter memorandum, filed October 7, 2022.

      Attached as Exhibits A-C are testimonials from friends and family on defendant's behalf, including William Rudder, Andrea Stillwell and James Bradley, respectively.

      Thank you for the Court's attention to these letters in advance of sentencing.

      Respectfully submitted,

      /s/ Robert W. Ray

      Robert W. Ray

RWR:mzg
Attachments

cc:    Rebekah A. Donaleski, AUSA (via e-mail and ECF)

4892-9640-8120, v. 1

# EXHIBIT A

October 4, 2022

William Rudder                                                    TESTAMONIAL

West Jefferson, North Carolina
28694

For the court,

I have known Carl David Stillwell since 1999. Over the years I have observed David almost daily, and have spent many days in his company. In that time, I have the opinion that David is an honorable and just man, of good moral character. Over the last years, I have followed closely the government's case against David, read the available documents on PACER. Filtered through my experiences with David, I cannot conclude, nor agree with the findings by the government. I believe David was misled and deceived by Samia into going overseas. During that time, I received a call from David where he indicated that he had been misled into going on the trip. Further, he was fearful for his safety. David indicated he was coming home. There is no doubt in my mind that David was not a part of a conspiracy to commit any crime; either there or in the United States. Further, in my experience, David in his day to day activities took detail to be in compliance with the law in all he did. This was evidenced by his activities with NFA controlled items, and business activities in general. I am well versed in federal law concerning NFA items, and the occasionally challenging nature of compliance with these laws. Never did I witness, nor am aware of any illegal, or questionable practices by David.

Never did I witness, nor became aware of any violent acts by David toward any person, certainly no woman. Quite the contrary, he was very cordial to all he encountered. I observed David with his wife, and family. There were never signs of anything but a happy and well- adjusted family. David accompanied me on trips to competitive events, where we discussed all manner of subjects. Having earned David's trust, I have no doubt he would have shared with me plans of his, regardless of nature. There never was any mention or indication of nefarious activities either before or after the alleged events.

David's health has declined markedly over the last six years. This has been brought to the courts attention several times. He is certainly not the person he was prior to entering custody. I am very concerned about his probability to survive in prison. I ask the court to consider his decline in health during deliberation. The government's position is quite different from what I have observed from the record. Regardless, in either case, David is a very low to zero probability of being a re-offender. I do not believe he was part of a conspiracy to commit the accused crime(s).

David's wife has suffered immensely while he has been incarcerated. She has endured cancer, with extensive treatments. Even while going through cancer, she has continually been supportive of David. She, as I, believe David not guilty. Further, she has suffered financially during this time due to income loss, companionship, and sheer stress. She has been trying to recover property seized by the government, and has met obstacles every step of the way. I have observed the documents, read the testimony and opinions of court officers. The seizure of some of the property was not warranted, nor justified. To date she has not been heard before the court on this matter. She needed the funds from the property to assist her husband, and to meet expenses. The hardship placed on David's wife, Andrea must be considered. The pre-trial years were excruciating as well on his wife.

I ask the court to weigh all considerations in deliberation. David and his wife have already paid a heavy price. There is no doubt in my mind David was not part of the alleged crimes. Please return a favorable conclusion for David and his wife.

Respectfully,

*William Rudder*

William Rudder, BSN, RN, BSRT

# Acknowledgement

STATE OF North Carolina

COUNTY OF Ashe

I certify that William O Rudder personally appeared before me this day, acknowledging to me that he or she signed the foregoing document: Testamonial for character witness
<sub>Name or description of attached document</sub>

I further certify that (select one of the following identification options):

☐ I have personal knowledge of the identity of the principal(s)

☒ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a NCDL 5378100
<sub>type of identification</sub>

☐ A credible witness, _____, has sworn or affirmed to me the
<sub>name of credible witness</sub>
identity of the principal, and that he or she is not a named party to the foregoing document, and has no interest in the transaction.

Date: 10/4/2022

Morgan Roland
Notary Public

Morgan Roland
Typed or Printed Notary Name

My commission expires: July 9, 2027

(Official Seal)

[Seal: MORGAN ROLAND, NOTARY PUBLIC, ASHE COUNTY, NC]

# EXHIBIT B

08Oct2022

Honorable Judge Abrams,

I am writing in support of Carl David Stillwell. I am his wife and have known him for more than 20 years. He is a good person and was always willing to help his friends or family when they need help. He misses his family every day.

His good nature shows in how he behaves while incarcerated. He is not a trouble maker. He has an exemplary record of good behavior. He has successfully completed the well known Life Connections Program (LCP), an approved program in the First Step Act. This is a faith-based program that is aimed at strengthening participants' understanding of what is means to live and work effectively in the community. He is now a graduate assistant in the LCP program and mentoring other inmates in the program. He is also teaching several inmates how to crochet and has been involved in teaching several classes. I think he is trying to make the best of his situation and become a better person. This is demonstrated by his vast number of achievements while participating in inmate program, as shown in Exhibit B in the letter Mr. Ray submitted to the court.

David has also indicated to me his interest in furthering his education once released. He is interested in pursuing a college degree.

In regards to his health, I am concerned about the condition of his health. He has chronic health issues, diabetes and hypertension, and I am not confident that the prison system can manage his health conditions satisfactorily. He is not getting medical tests or treatments in a timely fashion. They are frequently several months after they are needed. If he remains incarcerated for much longer he may have permanent disabilities such as blindness and kidney failure which could significantly shorten his life.

After the past 7 years, I still believe David did not know the true reason for the trip overseas and once in the Philippines and was stuck. I believe he was misled and deceived by Mr. Samia into going overseas. I also believe the government misled the jury to get a conviction.

I respectfully request you take note of his behavior while incarcerated as an indication that he will not commit additional crimes once released.

Respectfully Submitted,

*Andrea Stillwell*

Andrea Stillwell

# EXHIBIT C

Friendship: the bond between two people that extends a lifetime through all circumstances.

The reason I have defined friendship is beyond the next case, beyond working with someone for the next conviction, beyond lunches discussing the life of another victim of "justice", I doubt judges and lawyers understand the concept.

David has been my friend for over 20 years. Don't ask under oath "how long", because I could not say. We ran in the same circles of assisting law enforcement, attending gun shows, tossing darts, drinking beer and generally enjoying the outdoor life for a time before we ever were introduced. We were officially introduced at a training exercise put on by Rowan Community College for all police organizations in the state. A mutual friend at David's work attended, and David tagged along as a babysitter for his gullible friend. The boss was worried about this being "some militia mayhem" instead of an official exercise. A conversation was struck up, and the rest is our friendship. It was years of middle ages fencing, heavy fighting to attempt to fight off the middle age bulge (which we both lost), motorcycle rally, rides, different bikes, pick-ups roadside, roadside flat tire rescues, moves, dinners, beach trips, fishing, tournaments, new jobs, new business, a divorce on my part and in general.... life.
David was there as a sounding board. It helped to have someone say "Fuck you, get over it. Here look at the photos again."

I was there for his new business, and his moves. We were there for each other as brothers.

I have been out of touch since right after the start of his confinement, through an unfair trial. David changed when the bars were closed by a federal judge. He attempted to drive his friends away whether from disappointment, shame, or a realization of what was taken from him. Hurtful statements were made. I did what a friend does. I stepped back, let him adjust to his life. I was pissed at some statements but have remained his friend to this day. That is why I am writing. He is in need of those that know him. Thus, as his friend, this is my letter to let you know the steadfast friend David is and has always been

Sincerely,

James Bradley