UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARL DAVID STILLWELL,<br><br>Defendant. | No. 13-cr-521 (RA) (7)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court recently received the attached letter from Defendant Carl David Stillwell's wife, Andrea Stillwell, requesting that the Court issue an order directing a refund for overpayment of certain monetary penalties made by Mr. Stillwell. No later than March 13, 2023, the government shall file a letter responding to the motion. Should the government agree that a refund is appropriate in light of the Court's Amended Judgment in this case, *see* Dkt. 831, it shall file a proposed order directing the Clerk of Court to refund the overpayment amount.

SO ORDERED.

Dated:   March 3, 2023
         New York, New York

                                           _____
                                           Hon. Ronnie Abrams
                                           United States District Judge

Andrea Stillwell

19Feb2023

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Case: 1:13-cr-00521-RA

Re: Refund of Bureau of Prisons Over-payment of Criminal Monetary Penalties

Honorable Judge Abrams,

I am writing as a friend of the court to request the court issue an order requiring the Bureau of Prisons (BOP) to refund the over-payment of the criminal monetary penalties by Mr. Stillwell.

In the original Judgment document (Document 644, page 7) the Criminal Monetary Penalties were $500.00. In the Amended Judgment document (Document 831, page 6) the Criminal Monetary Penalties are $200.00. Mr. Stillwell has been making regular payments to fulfill the penalty, however, due to the time from the original Judgment to the Amended Judgment, he as over-paid the monetary penalty. Currently Mr. Stillwell has paid approximately $350.00 in Criminal Monetary Penalties.

Since the Criminal Monetary Penalty has been fulfilled, I am requesting the over-payment of approximately $150.00 be refunded to Mr. Stillwell as BOP retention of the over-payment would be in violation of the Amended Judgment.

Respectfully Submitted,

*Andrea Stillwell*

Andrea Stillwell