UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARL DAVID STILLWELL,<br><br>Defendant. | No. 13-CR-521<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court has received a letter from Andrea Stillwell dated August 4, 2024, concerning her husband's medical condition. The Government shall contact Mr. Stillwell's designated facility (FCI Butner Medium I) and provide an update by end of business on August 12, 2024. The Clerk of Court is respectfully directed to mail a copy of this order to Andrea Stillwell at 5507 Reepsville Road, Vale, NC 28168.

SO ORDERED.

Dated:   August 8, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge