UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

CARL DAVID STILLWELL,

Defendant.

13-cr-521 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On August 8, 2024, the Court received a letter from Andrea Stillwell dated August 4, 2024 concerning her husband's medical condition, and the Court ordered the Government to contact Mr. Stillwell's designated facility and provide the Court with an update. *See* Dkt. 900. On August 12, 2024, the Court received a letter from the Government documenting the efforts the Bureau of Prisons has taken to address Mr. Stillwell's ailments. Given that the Government's letter discusses Mr. Stillwell's medical condition and records, it shall be filed under seal. *See United States v. Sattar*, 471 F. Supp. 2d 380, 387 (S.D.N.Y. 2006) ("[T]here is a recognized privacy interest in medical records."); *Dabiri v. Fed'n of States Med. Boards of the United States, Inc.*, 2023 WL 3741978, at *3 (E.D.N.Y. May 31, 2023). Mr. Stillwell's attorney, however, shall be provided a copy of the Government's letter.

The Clerk of Court is respectfully directed to mail a copy of this order to Andrea Stillwell at 5507 Reepsville Road, Vale, NC 28168.

SO ORDERED.

Dated:   August 16, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge