UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARL DAVID STILLWELL,<br><br>Defendant. | No. 13-cr-521 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On March 3, 2025, third-party Andrea Stillwell filed a pro se motion for release and return of property subject to a substitute asset forfeiture order as to her husband, Defendant Carl David Stillwell. The Government shall respond to Ms. Stillwell's request no later than April 9, 2025. The Clerk of Court is respectfully requested to mail a copy of this order to Ms. Stillwell at 5507 Reepsville Road, Vale, NC 28168.

SO ORDERED.

Dated:   March 19, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge