UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

CARL DAVID STILLWELL,

           Defendant.

No. 13-cr-521 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 8, 2025, the Court so-ordered a stipulation between the Government and third-party petitioner Andrea Stillwell, which declared Defendant Carl David Stillwell's money judgment fully satisfied. *See* Dkt. No. 943. The stipulation further authorized the Government to remit $3,000 to Ms. Stillwell, who would then use those funds to secure the release of certain seized firearms from the local sheriff.

On June 26, 2025, the Court received a motion from Ms. Stillwell requesting the Court to issue an order specifically authorizing the release of the firearms to her. *See* Dkt. No. 951. It is unclear, however, why such an order would be necessary. The Court already so-ordered the May 8 stipulation, which contemplated that Ms. Stillwell would use the $3,000 from the Government to secure release of the firearms by paying the outstanding storage fees to the local sheriff. If Ms. Stillwell requires a further order from this Court, she shall file another letter explaining why the May 8 stipulation was insufficient. To the extent the Government has a position on her request, it may also file a letter response.

SO ORDERED.

Dated:    July 1, 2025
              New York, New York

_____
Ronnie Abrams
United States District Judge