UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA         :   **PROPOSED ORDER**
:   S10 13 Cr. 521 (RA)
- v. -                           :
:
CARL DAVID STILLWELL,            :
:
Defendant.        :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on October 21, 2022, the defendant was sentenced in connection with his convictions on Counts Three and Five of the above-referenced Indictment to twenty years' imprisonment, and as part of that judgment, the Court ordered the defendant to forfeit to the United States a sum of $35,000 (collectively, the "Amended Judgment");

WHEREAS, the Court incorporated the Order of Forfeiture/Money Judgment (Dkt. 642) and Preliminary Order of Forfeiture as to Substitute Assets ("POF") (Dkt. 688) previously entered by this Court as part of that Amended Judgment;

WHEREAS, the POF forfeited to the United States the defendant's interest in 160 firearms identified as Substitute Assets in the POF;

WHEREAS, on November 9, 2022, the defendant satisfied the Money Judgment through the payment of a check in the amount of $35,000;

WHEREAS, in light of satisfying the outstanding Money Judgment, the Government has no basis to forfeit the Substitute Assets;

WHEREAS, in light of the fact that the defendant is incarcerated and legally prohibited from possessing firearms, the Government has represented that the Person County Sheriff's

Department requires a written release from Mr. Stillwell naming his designee and the firearms will not be released to Mr. Stillwell himself; and

WHEREAS the Government has applied for the entry of this Order;

IT HEREBY IS ORDERED that the POF is vacated, and the Government's interest in the Substitute Assets is extinguished.

SO ORDERED:

Dated: New York, New York
      July 22   , 2025

_____
HONORABLE RONNIE ABRAMS
United States District Judge