UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>CARL DAVID STILLWELL,<br><br>Defendant. | No. 13-cr-521 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the attached letter from Carl David Stillwell, dated June 13, 2025, inquiring whether the Court had received his reply in support his motion for compassionate release. The Court received and docketed Mr. Stillwell's reply on June 27, 2025, and it remains pending. The Clerk of Court is respectfully directed to mail a copy of this order, as well as the order at docket entry 949, to Mr. Stillwell (30983-057) at Federal Correctional Institution Butner Low, P.O. Box 999, Butner, NC 27509.

SO ORDERED.

Dated:   September 12, 2025
           New York, New York

                                                   Ronnie Abrams
                                                   United States District Judge

Carl David Stillwell
BOP #30983-057
FCI Butner Low
FCI
P.O Box 999
Butner NC 27509

Date: 13Jun2025

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: United States v. Carl David Stillwell
Case No. 13-CR-521 (RA)
Notice Regarding Filing of Reply (Dated May 27, 2025)

Dear Honorable Court and Clerk's Office:

I am writing to respectfully notify the Court regarding the status of my reply submission in the above-captioned matter.

On May 27, 2025, I submitted by mail my reply to the Court, which was in accordance with the extension deadline granted to me up to June 9, 2025. However, as of today, my wife contacted the Clerk's Office to confirm the filing, and we were informed that it does not yet appear on PACER and may not have been received.

Out of an abundance of caution, I wish to inform the Court that my reply was in fact mailed timely from FCI Butner prior to the June 9 deadline. If it has not arrived due to mailing delays or other issues outside of my control, I respectfully request that the Court still take my submission into consideration once it is received or permit me to resubmit it if necessary.

Thank you for your time and understanding.

Sincerely,
Carl David Stillwell
BOP #30983-057
FCI Butner Low
FCI
P.O Box 999
Butner NC 27509