UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CARL DAVID STILLWELL,

Defendant.

No. 13-CR-521

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Mr. Stillwell's Motion to Alter or Amend Judgment. The Government shall respond no later than March 31, 2026.

SO ORDERED.

Dated:    March 17, 2026
          New York, New York

Ronnie Abrams
United States District Judge